# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Scott A. McCreight

**CC:**
| | |
|---|---|
| Alexander Aiken | James D. Lawrence |
| MaryAnn T. Almeida | Christopher M. Loveland |
| Scott Eric Anderson | Margaret C. MacLean |
| Robert James Anello | Brian J. Madden |
| Bryon Patrick Becker | Jacob Scott Madsen |
| Steven M. Berezney | Robert J. Maguire |
| Steve Berman | David Marroso |
| Matthew Robert Berry | Molly K. McGinley |
| Timothy R. Beyer | Sabrina Merold |
| Nathaniel Blakney | Marvin Alan Miller |
| Craig P. Bloom | John Lavelle Mullen |
| Louis M. Bograd | Drew Anthony Navikas |
| Brandon J.B. Boulware | Ann O'Brien |
| Bert Stephen Braud | Robert J. Palmersheim |
| Robert Abraham Braun | Constantine Z. Pamphilis |
| Vincent Briganti | Timothy G. Parilla |
| Benjamin D. Brown | Emily Parsons |
| Michael Morris Buchman | Rio Pierce |
| Steven J. Buttacavoli | Cameron N. Regnery |
| Leo Caseria | Trina Ricketts |
| Ryan Zachary Cortazar | Daniel Allen Sasse |
| Kenneth R. David | Todd A. Seaver |
| Eric L. Dirks | Marc M. Seltzer |
| Helen Cho Eckert | Mathew W. Shealy |
| Nathan Emmons | Floyd Short |
| Jeannie Evans | Michael L. Sibarium |
| Randall Paul Ewing Jr. | Daniel Hershey Silverman |
| Eric Fanchiang | Mitch Slade |
| Noelle Forde | Barbara A. Smith |
| Beatrice C. Franklin | Chahira Solh |
| Matthew W. Geary | Edward M. Spiro |
| Daniel Z. Goldman | Eyitayo St. Matthew-Daniel |
| Martha Goodman | Gerald A. Stein |
| Steven L. Groopman | Jeremy Suhr |
| Emilee L. Hargis | Kenneth W. Taber |
| Christopher Michael Harper | Hector Torres |
| Daniel Patrick Johnson | Lauren E. Tucker McCubbin |
| Lindsay Sklar Johnson | Matthew Van Tine |
| Michael Judy | Elizabeth Anne Vasseur-Browne |
| Marc E. Kasowitz | Jennifer Bowen Wieland |
| Michael S. Ketchmark | Michael Anthony Williams |

|  | Amanda Pennington Ketchum | Michael Wilson |
|---|---|---|
|  | Patrick Eugene Knie | George A. Zelcs |

**FROM:** Hillary A. Grupe

**DATE:** July 30, 2025

**RE:** 24-3473  Don Gibson, et al v. James Mullis
       24-3478  Don Gibson, et al v. Monty March
       24-3481  Don Gibson, et al v. Robert Friedman
       24-3564  Don Gibson, et al v. Benny Cheatham, et al

     Your brief in the above-referenced case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

**X**    ORDER OF CONTENTS IS INCORRECT.  See FRAP 28(a)(1)-(10).
*-The Standard of Review should be placed at the beginning of the Argument, not before.*

**X**    REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)
    **X**    References to the record in civil cases must be made to the Appendix page number(s) AND the district court docket number, and page number of the document (App._____ R. Doc. _____ , at _____.)

*-Due to the number of separate appendices in these consolidated appeals and the associated consolidated appeals, lead case number 24-3444, for ease of court please use the following prefix for plaintiffs'-appellees' separate appendix: "Gibson App."*

     Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.